IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

TIFFANY KERSTEN,                                                PLAINTIFF

vs.                                          Cause No. 1:04 CV79 GuRo

GMRI, INC. D/B/A
THE OLIVE GARDEN                                                DEFENDANT

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendant, GMRI, Inc., d/b/a The Olive Garden, and Plaintiff, Tiffany Kersten, file this Stipulation of Dismissal, hereby dismissing with prejudice all claims and matters before this court, each party to bear its own costs.

Respectfully submitted,

William B. Weatherly
Weatherly Law Firm
3102 11th Street
Gulfport, MS 39502
(228) 863-6207 telephone
(228) 863-6148

ATTORNEY FOR PLAINTIFF

David A. Prather (MS # 99389))
Ford & Harrison LLP
6750 Poplar Avenue, Suite 600
Memphis, TN 38138
(901) 291-1500 telephone
(901) 291-1501 facsimile

ATTORNEY FOR RESPONDENT